## PHILLIPS v. HOLLAND

[333 N.C. 571 (1993)]

DAVID ANDREW PHILLIPS, BY AND THROUGH HIS GUARDIAN AD LITEM, RICHARD B. SCHULTZ, AND BEVERLY PHILLIPS v. LORRIE S. HOLLAND

No. 406A92

(Filed 7 May 1993)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 107 N.C. App. 688, 421 S.E.2d 608 (1992), reversing the judgment of Davis (James C.), J., at the 25 February 1991 Civil Session of Superior Court, Cabarrus County. Heard in the Supreme Court 15 April 1993.

*Tim L. Harris & Associates, by Sheri A. Harrison and Jerry N. Ragan, for plaintiff-appellees.*

*Hartsell, Hartsell & Mills, P.A., by W. Erwin Spainhour, for defendant-appellant.*

PER CURIAM.

AFFIRMED.